## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | CV 20-124-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL B. ANDERSON, | |
| Defendant. | |

Upon Stipulation for Dismissal Without Prejudice (Doc. 5) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs and attorney's fees.

DATED this ___2nd___ day of September, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE